```
                 UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION
```

TERRY HOLLEY                                                PLAINTIFF

VS.                                    CIVIL ACTION NO. 4:06CV14TSL-LRA

KIM REECE, ET AL.                                           DEFENDANTS

<u>JUDGMENT</u>

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the plaintiff's complaint should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that plaintiff's complaint is dismissed without prejudice.

SO ORDERED this the <u>8th</u> day of January, 2008.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE